RONALD D. KENT (Bar No. 100717)
ronald.kent@dentons.com
DENTONS US LLP
4675 MacArthur Court, Suite 1250
Newport Beach, California 92660
Telephone: (949) 732-3700
Facsimile: (949) 732-3739

WILLIAM T. O'BRIEN (pending admission *pro hac vice*)
william.obrien@dentons.com
DENTONS US LLP
1900 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756

Attorneys for Defendant
Thales Avionics, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAMAR INTERNATIONAL, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>THALES AVIONICS, INC., a Delaware corporation; THALES, S.A., a public joint stock company organized under the laws of France; JEAN-MARC BUDIN, an individual; and DOES 1 through 20, inclusive<br><br>Defendants. | Case No. 8:18-CV-2217<br><br>**RULE 7.1 NOTICE OF INTERESTED PARTIES**<br><br>[Notice of Removal, Civil Case Cover Sheet and Notice of Interested Parties filed concurrently]<br><br>Complaint Filed: Nov. 8, 2018<br>Trial Date: None Set |

The undersigned, counsel of record for Defendant Thales Avionics, Inc., certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Defendant Thales Avionics, Inc. Thales Avionics, Inc. is a direct, wholly-owned subsidiary of Thales USA, Inc.
2. Thales USA, Inc. Thales USA, Inc.is a direct, wholly-owned subsidiary of Thales S.A.
3. Defendant Thales S.A. Thales S.A. is a publicly owned corporation.
4. Defendant Jean-Marc Budin
5. Plaintiff Wamar International, LLC
6. Wamar Group LLC (parent company of Wamar International, LLC)
7. Oriole Inc. (parent company of Wamar Group LLC)
8. Nabil Barakat (owner of Oriole Inc.)

Dated: December 13, 2018

Respectfully submitted,

DENTONS US LLP

By: /s/ Ronald D. Kent
Ronald D. Kent

Attorneys for Defendant
Thales Avionics, Inc.