1  JOSEPH E. THOMAS (State Bar No. 101443)
   *jthomas@twtlaw.com*
2  WILLIAM J. KOLEGRAFF (State Bar No. 183861)
   *wkolegraff@twtlaw.com*
3  WILLIAM S. SANDERSON (State Bar No. 189553)
   *wsanderson@twtlaw.com*
4  **THOMAS WHITELAW & KOLEGRAFF LLP**
5  18101 Von Karman Avenue, Suite 230
   Irvine, California 92612-7132
6  Telephone: (949) 679-6400
7  Facsimile: (949) 679-6405

8  ARTHUR H. BARENS (State Bar No. 43215)
   *barens@barenslaw.com*
9  **LAW OFFICES OF ARTHUR H. BARENS**
   10209 Santa Monica Boulevard
10 Los Angeles, California 90067
   Telephone: (310) 557-0444
11
   Attorneys for Plaintiff WAMAR
12 INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| WAMAR INTERNATIONAL, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>THALES AVIONICS, INC., a Delaware corporation; THALES, S.A., a public joint stock company organized under the laws of France; JEAN-MARC BUDIN, an individual; and DOES 1 through 20, inclusive<br><br>Defendants. | Case No. 8:18-CV-2217-DOC (KESx)<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE [41]**<br><br>Complaint Filed: Nov. 8, 2018<br>Trial Date: None Set |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Wamar International, LLC and Defendants Thales Avionics, Inc., Thales, S.A., and Jean-Marc Budin hereby stipulate to the dismissal of the above-captioned matter with prejudice and without costs or attorneys' fees.

DATED: May 15, 2019  THOMAS WHITELAW & KOLEGRAFF LLP

By: /s/ Joseph E. Thomas
JOSEPH E. THOMAS
Attorneys for Plaintiff
Wamar International, LLC

DATED: May 15, 2019  DENTONS US LLP

By: /s/ Ronald D. Kent
Ronald D. Kent
Attorneys for Defendants
Thales Avionics, Inc., Thales S.A., and Jean-Marc Budin

SO ORDERED.
Dated: May 16, 2019

*David O. Carter*
DAVID O. CARTER
U.S. District Judge

JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE